AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America  
v.  
Shervorn Gary

Case No: 1:08CR00076-001  
USM No: 08962-028

Date of Original Judgment: 01/20/2011  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*

Sara Varner  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:  
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 145 months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

A CERTIFIED TRUE COPY  
Laura A. Briggs, Clerk  
U.S. District Court  
Southern District of Indiana  
By_____  
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 01/20/2011 shall remain in effect.  
**IT IS SO ORDERED**.

Order Date: 9/24/2015

LARRY J. McKINNEY, JUDGE  
United States District Court  
Southern District of Indiana

Effective Date: 11/01/2015  
*(if different from order date)*